**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking          General Court Number
Clerk                                   415.522.2000

**March 6, 2008**

**CASE NUMBER:  CV 08-01303 HRL**
**CASE TITLE:  REBEL 8 INC.-v-M.O.B. INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/6/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                  Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                   Entered in Computer 3/6/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA