1  CHE L. HASHIM Esq. (SBN 238565)
   179 11th Street, 2nd Floor
2  San Francisco, CA 94103
   Telephone: (415) 487-1700
3  Facsimile: (415) 865-0376

4  Attorney for Plaintiff
   REBEL8, Inc.

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| REBEL8, Inc., | ) Case No.: |
| Plaintiff, | ) APPLICATION FOR ORDER SHORTENING TIME FOR MOTION FOR PRELIMINARY INJUNCTION |
| vs. | ) |
| M.O.B., Inc. and CHAD SCHOEMAN | ) |
| Defendants | ) |

Plaintiff, REBEL8, Inc., hereby applies for an Order Shortening Time for the filing of a Motion for Preliminary Injunction to be heard by the Court at the earliest available date. The attached Declaration of Che L. Hashim demonstrates that the hearing of this Motion on shortened time is necessary because there are no available open hearing dates until _____, and the continuing illegal conduct of the Defendants, and each of them is causing, and will continue to cause irreparable harm to the Plaintiff.

Dated: March 5, 2008

1
2    *(signature)*
     CHE L. HASHIM
3    Attorney for Plaintiff
     REBEL8, Inc.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Application For Order Shortening Time

2