RECEIVED
08 MAR -5 AM 10: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **CHE L. HASHIM Esq. (SBN 238565)**
   179 11th Street, 2nd Floor
2  San Francisco, CA 94103
   Telephone: (415) 487-1700
3  Facsimile:  (415) 865-0376

4  Attorney for Plaintiff
   REBEL8, Inc.
5
                        E-filing
6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                                    CV 08        1303
12  REBEL8, Inc.,                  )  Case No.:                HRL
                                   )
13          Plaintiff,             )  ORDER SHORTENING TIME
                                   )
14      vs.                        )
                                   )
15  M.O.B., Inc. and CHAD SCHOEMAN )
                                   )
16                                 )
                                   )
17          Defendants             )

18

19  _____

20      Upon reading the Complaint on file herein, the declarations filed in support hereof, the

21  Memorandum of Points and Authorities, and the exhibits submitted in support of this Application

22  for Order Shortening Time for hearing of Plaintiff's Motion For Preliminary Injunction, and the

23  Court having considered the submissions filed in support hereof, and it appearing that this is a

24  proper case for issuance of an Order Shortening Time , now therefore,

25      **IT IS ORDERED** that Plaintiff's Application for Order Shortening Time is granted; and

26      **IT IS FURTHER ORDERED** that the Plaintiff's Motion For Preliminary Injunction

27  shall be heard before this Court on _____, 2008, at _____ _. M.; and

28
                ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

                                       1

grandcopy.osc.tro

1    **IT IS FURTHER ORDERED** that a copy of the Motion, Declarations in Support of

2   Motion for Preliminary Injunction, Memorandum of Points and Authorities, Exhibits, together

3   with a copy of this Order Shortening Time be served on Defendants, M.O.B., Inc. and CHAD

4   SCHOEMAN, not later than _____, 2008, and that Defendants, M.O.B., Inc. and CHAD

5   SCHOEMAN, shall file and serve their opposition not later than _____, 2008.

6

7

8

9                                          **IT IS SO ORDERED**

10   Dated:

11

12                                          _____

13                                          JUDGE, UNITED STATES DISTRICT COURT__

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

2

grandcopy.osc.tro