CHE L. HASHIM Esq. (SBN 238565)
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile:  (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBEL8, Inc.,

    Plaintiff,

vs.

M.O.B., Inc. and CHAD SCHOEMAN

    Defendants

Case No.:

DECLARATION OF COUNSEL

---

I, CHE L. HASHIM, declare:

    I am the attorney of record for Plaintiff in the above-entitled matter.

1. On January 11, 2008 I attempted to find information relating to M.O.B., Inc. using Google search engine with the terms "MOB Inc.", "MOB Inc. Clothing", "M.O.B. Inc." and "M.O.B. Inc. Clothing."

2. The search revealed a handful companies entitled MOB Inc., or some variation thereof. It also revealed websites contained images of clothing from MOB Inc. including, Myspace, Tilly's, Suburban Underground Clothing, No Fear and others.

3. I determined that the Myspace webpage bore a distinctive "MOB Inc." logo. The same logo found on Tilly's, Suburban Underground Clothing, No Fear and other websites selling the infringing "VIVA LA MOB" t-shirt and/or other apparel.

4. The Myspace page was entitled: "MOB INC. C.E.O. – 33 – Male – RIVERSIDE 909 FOR LIFE, California – www.myspace.com/mobincclothing." The quote on the page stated "FOR SALES INFORMATION E-MAIL MOBINCSALES@AOL.COM, VISIT WWW.MOBINC.NET." There was no street address on the webpage.

5. I checked www.mobinc.net to find an address. No street address was available on this webpage.

6. Searches also revealed one website, www.mobincclothing.com, relayed background information about MOB Inc. was located in Southern California. No street address was available on this webpage.

7. I checked the California Secretary of State website. It revealed only one active corporation called "M.O.B. Inc." located in or near Beverly Hills. Upon further research I determined that this Corporation was involved only in music sales, not apparel sales. It also revealed "M.O.B. Empire Inc." located in Huntington Beach.

8. I went to the website for the U.S. Patent and Trademark Office (USPTO). I searched the trademark database for "MOB Inc." It revealed that the Trademark was owned by an individual named Chad Schoeman of Costa Mesa, California. With this information I first learned of Chad Schoeman.

9. I went to yellowpages.com, superpages.com and yp.yahoo.com to search for any business listed as MOB Inc. There were no listings for a MOB Inc. Clothing or MOB Inc. apparel in California.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on March 5, 2008, at San Francisco, California.

Dated: March 5, 2008

*[signature]*
CHE L. HASHIM
Attorney for Plaintiff
REBEL8, Inc.