1  CHE L. HASHIM Esq. (SBN 238565)
   179 11th Street, 2nd Floor
2  San Francisco, CA 94103
   Telephone: (415) 487-1700
3  Facsimile: (415) 865-0376

4  Attorney for Plaintiff
   REBEL8, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| REBEL8, Inc., | ) Case No.: |
| Plaintiff, | ) DECLARATION OF JOSH DRAPIEWSKI |
| vs. | ) |
| M.O.B., Inc. and CHAD SCHOEMAN | ) |
| Defendants | ) |

I, JOSH DRAPIEWSKI, declare:

I am President and Founder of REBEL8, Inc.

1. On October 31, 2007, I went to the No Fear website. I located a T-shirt with the "VIVA LA MOB" drawing.

2. The "VIVA LA MOB" T-shirt had a listed sale price of $20.88.

3. I placed an order for the "VIVA LA MOB" T-shirt and purchased the T-Shirt under the order number 51972.

4. The t-shirt was shipped from No Fear, whose address is 1812 Aston Avenue, Carlsbad, CA 92008.

5. On October 31, 2007, I went to the sikkwear.com website. I located a T-shirt with the "VIVA LA MOB" drawing that was on sale.

6. The "VIVA LA MOB" T-shirt had a listed sale price of $20.88.

7. I placed an order for the "VIVA LA MOB" T-shirt and purchased the T-Shirt under the order number yhst-16864482899688-4581.

8. Upon information and belief, in September of 2007 I, Josh Drapiewski, had a conversation via the telephone with Chad Schoeman in which I indicated to him that I believed the "Viva la MOB" t-shirt design to infringe on my protected copyright in the "STARTIN' UP A POSSE" drawing. I was told that Mr. Schoeman did not have any knowledge of the infringement and "would have to see my registration" before he ceased producing and selling the infringing items.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on March 5, 2008, at San Francisco, California.

Dated: March 5, 2008

JOSH DRAPIEWSKI
Plaintiff
President and Founder of REBEL8, Inc.
1661 Tennessee Street, #2L
San Francisco, CA 94107