CHE L. HASHIM Esq. (SBN 238565)
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

**E-filing**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | Case No.: CV 08 |
| Plaintiff, | |
| vs. | TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |
| M.O.B., Inc. and CHAD SCHOEMAN | |
| Defendants | |

Upon reading the Complaint on file herein, the declarations filed in support hereof, the Memorandum of Points and Authorities, and the exhibits submitted in support of this Application for issuance of Order to Show Cause and Temporary Restraining Order, and the Court having considered the argument of counsel, and it appearing from these submissions that this is a proper case for issuance of an Order to Show Cause and Temporary Restraining Order, and further that unless a Temporary Restraining Order issues, Plaintiff will suffer irreparable injury before the matter can be heard on notice, now therefore,

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

1

grandcopy.osc.tro

1   **IT IS ORDERED** that the Defendants, M.O.B. Inc. and CHAD SCHOEMAN, appear
2   before this Court in Courtroom __9__, at 10:00 A. M. on <u>March 11</u>, 2008, and then and there
3   Show Cause why a Preliminary Injunction should not be issued enjoining the Defendants,
4   M.O.B., Inc. and CHAD SCHOEMAN, from the following:

    (A) From using in any manner the "VIVA LA MOB" design or any design substantially similar thereto or otherwise protected by Copyright law, alone or in combination with any other word or words or in design, including the use of similar motifs, such use in connection with the advertising, offering for sale or sale or furnishing of wholesale black and white apparel design to the public;

    (B) From inducing or enabling others to sell apparel bearing the "VIVA LA MOB" infringing design;

    (C) From committing any acts calculated to cause purchasers to believe that any goods or services are sponsored by, approved by, connected with, guaranteed by or offered or sold by Plaintiff or under the control or supervision of Plaintiff;

    (D) From otherwise infringing on Plaintiff's protected works or otherwise unfairly competing with Plaintiff in any manner;

**IT IS FURTHER ORDERED** that pending the hearing on this Order to Show Cause, the Defendant, CHAD SCHOEMAN, and his agents, employees, representatives, and all other persons acting in concert or participating with them, be, and hereby are enjoined from the following:

    (E) From using in any manner the "VIVA LA MOB" image or any image substantially similar thereto, or otherwise protected by Copyright law, alone or in combination with any other word or words or in design, including the use of similar motifs, such use in connection with the

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

grandcopy.osc.tro

advertising, offering for sale or sale or furnishing of wholesale black and white apparel design to the public;

(F) From inducing or enabling others to sell apparel bearing the "VIVA LA MOB" infringing design;

(G) From committing any acts calculated to cause purchasers to believe that any goods or services are sponsored by, approved by, connected with, guaranteed by or offered or sold by Plaintiff or under the control or supervision of Plaintiff;

(H) From otherwise infringing on Plaintiff's protected works or otherwise unfairly competing with Plaintiff in any manner;

**IT IS FURTHER ORDERED** that a copy of the Complaint, Declarations in Support of Application for Temporary Restraining Order, Memorandum of Points and Authorities, Exhibits, together with a copy of this Order to Show Cause and Temporary Restraining Order be served on Defendants M.O.B., Inc. and CHAD SCHOEMAN not later than __March 8__, 2008

**IT IS SO ORDERED**

Dated: 03/06/08



_____ STATES DISTRICT COURT
Judge William Alsup

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

grandcopy.osc.tro