**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBEL8 Inc.,

    Plaintiff,

  v.

M.O.B. Inc., and CHAD SCHOEMAN,

    Defendant.

No. C 08-01303 WHA

**ORDER REQUIRING BOND**

    Plaintiff is ordered to post a bond in the amount of $5,000 by **MARCH 10, 2008**, **AT NOON**, to cover any potential injury to defendants if they are ultimately found to have been wrongfully accused.

**IT IS SO ORDERED.**

Dated: March 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE