**CHE L. HASHIM Esq (SBN 238565)**
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> M.O.B., Inc., CHAD SCHOEMAN <br><br> Defendant | Case No.: <br><br> DECLARATION OF COUNSEL REGARDING ATTEMPTS TO SERVE DEFENDANTS |

I, CHE L. HASHIM, Esq, declare:

**1.** On Thursday, March 6, 2008, I cause to be filed a Complaint, and various ex parte requests for hearings to be held on an expedited basis.

**2.** The case was assigned to the Honorable William H. Alsup.

**3.** Judge Alsup entered an order compelling Plaintiff to serve notice on Defendant of the scheduled hearing on the requests for a Temporary Restraining Order and Order to Show Cause regarding a request for a Preliminary Injunction, by Saturday, March 8, 2008.

4.  On Friday, March 7, I transmitted all relevant filings to Orange County Process Service, by email at ocprocess@yahoo.com, with instructions to serve on Chad Schoeman, at his last known address, 195 Albert Place, Costa Mesa, CA 92627.

5.  On, March 7, 2008, I sent Defendant a message via myspace.com, as counsel has previously indicated through declaration that this is the only reliable point of contact that has been established.  This was the message sent:

YOU ARE BEING SUED BY REBEL8, INC. / THIS NOTICE IS IMPORTANT

Dear Mr. Schoeman,

Yourself and M.O.B. Inc are being sued in the United States District Court for the Northern District of California, by REBEL8, Inc., for copyright infringement.

A hearing to decide the proposed issuance of a Temporary Restraining Order and Preliminary Injunction has been set for:

TUESDAY, MARCH 11, 2008 in Courtroom 9, on the 19th Floor of the Federal Building located at 450 Golden Gate Avenue, SAN FRANCISCO, CA, before the Honorable William Alsup.

Service of all relevant documents is being affected today, Friday, March 7, or Saturday, March 8, 2008 at 195 Albert Place, Costa Mesa CA, 92627.

Please contact me with any questions regarding this notice.  I may be reached by email at che.hashim.esq@gmail.com, or by telephone: 415 487 1700.

Sincerely,

Che L. Hashim, Esq.

Sent via myspace on March 7, 2008 at 345pm.

6.  At the time of service, Defendant's myspace.com page indicated that he last signed on and received messages on 3/7/08.  As on Monday, March 10, 2008, the page indicated that the last sign-on was affected on March 9, 2008.

7.  On Monday, March 10, 2008, I received notice from the process servers that they were unable to affect personal service on Chad Schoeman, as the 195 Albert Place address was not an address that Mr. Schoeman resides at.  Personal service of all pleadings was therefore ineffective.

1
2  **I declare under penalty of perjury that the foregoing is true and correct and that**
3  **this declaration is being executed on March 10, 2008, at San Francisco, CA.**
4
5  Dated: March 10, 2008
6
7  _____          /S/ CHE HASHIM_____
8                                          CHE L. HASHIM
                                           Attorney for Plaintiff
9                                          REBEL8, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Motion For Preliminary Injunction

3

grandcopy.nom.pi