**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

**JUDGE WILLIAM ALSUP**

Date: March 11, 2008

Case No.  <u>C08-1303 WHA</u>

Title: Rebel8, Inc.  v. M.O.B. Inc.

Plaintiff Attorneys: Che Hashim

Defense Attorneys: No one present

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: <u>Katherine Wyatt</u>

**<u>PROCEEDINGS</u>**

1)   <u>Hearing on TRO</u>

Continued to **<u>Wednesday, March 19, 2008 @ 10:00 a.m.</u>**   for further hearing.

**ORDERED AFTER HEARING:**   The Court notes at the start and at the end of the hearing that no one is present on behalf of Defendant. Counsel for Plaintiff is directed to submit a new order reflecting the Return date of March 19, 2008 @ 10:00 a.m.