IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8 INC., | No. C 08-01303 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| M.O.B. INC ET AL, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Order to Show Cause hearing previously set for March 19, 2008 at 10:00 a.m. has been rescheduled for **March 19, 2008 at 11:30 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 18, 2008                    FOR THE COURT,

                            Richard W. Wieking, Clerk

                            By: _____
                              Dawn Toland
                              Courtroom Deputy to the
                              Honorable William Alsup