1 | **CHE L. HASHIM Esq (SBN 238565)**
179 11th Street, 2nd Floor
2 | San Francisco, CA 94103
Telephone: (415) 487-1700
3 | Facsimile:  (415) 865-0376

4 | Attorney for Plaintiff
REBEL8, Inc.
5 |

6 |

7 |

8 |

9 | **IN THE UNITED STATES DISTRICT COURT**

10 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 | REBEL8, Inc.,                                    ) Case No.: 3:08-cv-1303 WHA
                                                    )
13 |           Plaintiff,                            )
                                                    )
14 |      vs.                                        ) FOURTH NOTICE OF MOTION AND
                                                    ) MOTION FOR PRELIMINARY
15 | M.O.B., Inc., CHAD SCHOEMAN                     ) INJUNCTION
                                                    )
16 |                                                 ) Date:  April 3, 2008
                                                    ) Time:  11:30 a.m.
17 |           Defendant                             ) Dept:  Courtroom 9, 19th Floor

18 |

19 | _____

20 |      **PLEASE TAKE NOTICE** that on THURSDAY, APRIL 3, 2008, at 11:30

21 | a.m., in the United States District Court, Northern District of California, before the

22 | Honorable William H. Alsup, located in COURTROOM 9, 19th FLOOR , 450

23 | Golden Gate Avenue, San Francisco, California, Plaintiff, REBEL8, Inc., will

24 | move this court for a Preliminary Injunction, pursuant to Fed.R.Civ.P. 65(b) and 17

25 | U.S.C.§ 502(2) and California Business and Professions Code Sections 17203 and

26 | 17535, restraining Defendants, M.O.B. Inc, CHAD SCHOEMAN, their agents,

27 | servants, employees and attorneys, and all those in active concert or participation

28 |

grandcopy.nom.pi

1 with or for Defendants who receive actual notice of the order by personal service

2 or otherwise from:

3

4           (A)    From using in any manner the "VIVA LA MOB" image

5                or any image confusingly similar thereto, or otherwise

6                protected by Copyright law, alone or in combination with

7                any other word or words or in design, including the use of

8                similar motifs, such use in connection with the advertising,

9                offering for sale or sale or furnishing of wholesale black and

10                white apparel design to the public;

11           (B)    From inducing or enabling others to sell apparel bearing

12                the "VIVA LA M.O.B." infringing design;

13           (C)    From committing any acts calculated to cause purchasers

14                to believe that any goods or services are sponsored by,

15                approved by, connected with, guaranteed by or offered or

16                sold by Plaintiff or under the control or supervision of

17                Plaintiff;

18           (D)    From otherwise infringing on Plaintiff's protected works

19                or otherwise unfairly competing with Plaintiff in any

20                manner;

21

22

23     This Motion is made on the grounds that immediate and irreparable harm is

24 resulting, and will continue to result to Plaintiff unless the activities describes

25 above are immediately enjoined, pending trial of this action.  Preliminary

26 injunctive relief is warranted under 17 U.S.C. § 502(a), as well as California

27 Business & Professions Code §§ 17203, 17535.

28

grandcopy.nom.pi

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Josh Drapiewski and Attorney Che L. Hashim, all pleadings and records on file in this action, and upon such further oral and documentary evidence as may be presented at the hearing.

Dated:  March 26, 2008

/s/ Che L. Hashim _____
CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.

grandcopy.nom.pi