UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 19, 2008

Case No.  C 08-01303 WHA

Title: REBEL8, INC v. MOB, INC

Plaintiff Attorneys: Che Hasim

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Continued Hearing on TRO - HELD

2)

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Plaintiff shall file a brief on servicing the defendants.