UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 3, 2008

Case No.  C 08-01303 WHA

Title: REBEL8, INC v. MOB, INC

Plaintiff's Attorney: Che Hasim

Defense Attorney: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)  CMC- Held

2)  

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff shall do a notice by publication and posting on MySpace.