**CHE L. HASHIM Esq (SBN 238565)**
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | Case No.: 08-cv-01303 WHA |
| Plaintiff, | ORDER AUTHORIZING SERVICE BY PUBLICATION |
| vs. | |
| M.O.B., Inc., CHAD SCHOEMAN | |
| Defendant | |

Upon reading and filing the evidence consisting of plaintiff's application for this order and it satisfactorily appearing that defendants, M.O.B. Inc., and CHAD SCHOEMAN cannot be served with summons in any other manner specified in either Section 4 of the Federal Rules of Civil Procedure or Sections 415.10 through 415.40 of the California Code of Civil Procedure, and that a cause of action of copyright infringement exists in favor of plaintiff against defendant:

IT IS ORDERED that the summons be served by publication in the Riverside Press-Enterprise, a local newspaper published in Riverside, California, hereby designated as the

Application For Order Shortening Time

1

newspaper most likely to give defendant actual notice of the action, and that the publication be made once a week for four successive weeks.

IT IS FURTHER ORDERED that a copy of the summons, a copy of the complaint, and a copy of this order be forthwith mailed to defendant if his/her address is ascertained before expiration of the time herein prescribed for publication of summons.

Dated:  April 21, 2008          .



JUDGE OF THE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA