**CHE L. HASHIM Esq (SBN 238565)**
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile:  (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | Case No.: 3:08-cv-1303 WHA |
| Plaintiff, | |
| vs. | FOURTH NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION |
| M.O.B., Inc., CHAD SCHOEMAN | |
| | Date: May 29, 2008 |
| | Time: 11:00 a.m. |
| Defendant | Dept: Courtroom 9, 19th Floor |

**PLEASE TAKE NOTICE** that on THURSDAY, MAY 29, 2008, at 11:00 a.m., in the United States District Court, Northern District of California, before the Honorable William H. Alsup, located in COURTROOM 9, 19th FLOOR , 450 Golden Gate Avenue, San Francisco, California, Plaintiff, REBEL8, Inc., will move this court for a Preliminary Injunction, pursuant to Fed.R.Civ.P. 65(b) and 17 U.S.C.§ 502(2) and California Business and Professions Code Sections 17203 and 17535, restraining Defendants, M.O.B. Inc, CHAD SCHOEMAN, their agents, servants, employees and attorneys, and all those in active concert or participation

Notice of Motion For Preliminary Injunction

1

grandcopy.nom.pi

with or for Defendants who receive actual notice of the order by personal service or otherwise from:

(A) From using in any manner the "VIVA LA MOB" image or any image confusingly similar thereto, or otherwise protected by Copyright law, alone or in combination with any other word or words or in design, including the use of similar motifs, such use in connection with the advertising, offering for sale or sale or furnishing of wholesale black and white apparel design to the public;

(B) From inducing or enabling others to sell apparel bearing the "VIVA LA M.O.B." infringing design;

(C) From committing any acts calculated to cause purchasers to believe that any goods or services are sponsored by, approved by, connected with, guaranteed by or offered or sold by Plaintiff or under the control or supervision of Plaintiff;

(D) From otherwise infringing on Plaintiff's protected works or otherwise unfairly competing with Plaintiff in any manner;

This Motion is made on the grounds that immediate and irreparable harm is resulting, and will continue to result to Plaintiff unless the activities describes above are immediately enjoined, pending trial of this action. Preliminary injunctive relief is warranted under 17 U.S.C. § 502(a), as well as California Business & Professions Code §§ 17203, 17535.

1 | This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Josh Drapiewski and Attorney Che L. Hashim, all pleadings and records on file in this action, and upon such further oral and documentary evidence as may be presented at the hearing.

Dated:  April 28, 2008

/s/ Che L. Hashim
CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.