IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, INC., | No. C 08-01303 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| M.O.B. INC, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the motion for preliminary injunction hearing previously set for May 29, 2008 at 8:00 a.m. has been rescheduled for **May 29, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

Dated: May 16, 2008                              FOR THE COURT,

                                                 Richard W. Wieking, Clerk

                                                 By:_____
                                                    Dawn Toland
                                                    Courtroom Deputy to the
                                                    Honorable William Alsup