**CHE L. HASHIM Esq (SBN 238565)**
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile:  (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | ) Case No.: |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) DECLARATION OF COUNSEL |
| | ) REGARDING ATTEMPTS TO SERVE |
| M.O.B., Inc., CHAD SCHOEMAN | ) DEFENDANTS |
| | ) |
| | ) |
| Defendant | ) |

---

**I, CHE L. HASHIM, Esq, declare:**

**I am the attorney of record for Plaintiff in the above-entitled matter.**

**1.      On May 1, May 8, May 15, and May 22, 2008, service was made on the Defendants in the above-entitled matter by way of publication in the Riverside Press-Enterprise, proof of which is included as Exhibit A.**

**2.       On information and belief, on May 23, 2008, my associate visited the Myspace webpage entitled "MOB INC. C.E.O. – 33 – Male – RIVERSIDE 909 FOR LIFE, California" [www.myspace.com/81245171].**

**3.       On information and belief, on May 23, 2008, my associate sent a message, proof of which is included as Exhibit B, through the Myspace messaging system, notifying the user described in Paragraph 2 of the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for 2:00 PM on May 29, 2008.  The following text was sent:**

THIS NOTICE IS IMPORTANT

HEARING RE-SCHEDULED TO MAY 29, 2008, 2:00 PM DUE TO COURT'S

UNAVAILABILITY

Dear Mr. Schoeman,

Though I have been informed that you have retained counsel, I have not, nor has the Court

received a general appearance on your behalf, and therefore I am contacting you directly to give

you notice that THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY

INJUNCTION, PREVIOUSLY SCHEDULED FOR MARCH 31, 2008, HAS BEEN

RESCHEDULED TO THURSDAY, MAY 29, 2008, AT 2:00 PM IN COURTROOM 9, 19TH

Floor, Federal Building located at 450 Golden Gate Avenue, SAN FRANCISCO, CA, before the

Honorable William Alsup.

Please contact me with any questions regarding this notice. I may be reached by email at

che.hashim.esq@gmail.com, or by telephone: 415 487 1700.

Sincerely,

Che L. Hashim, Esq.

Sent via email to mobincorporated@aol.com on March 26, 2008 at 5:00 PM.

**4.      On information and belief, on May 23, 2008, the message described in Paragraph 3 was read by the user of the webpage described in Paragraph 2, proof of which is included as Exhibit C.**

**     I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 28, 2008, at San Francisco, CA.**

Dated:  May 28, 2008


                              /S/ CHE HASHIM_____

                              CHE L. HASHIM
                              Attorney for Plaintiff
                              REBEL8, INC.

# EXHIBIT A

# THE PRESS-ENTERPRISE

3512 Fourteenth Street
Riverside CA 92501-3878
951-684-1200
951-368-9018 FAX

### PROOF OF PUBLICATION
(2010, 2015.5 C.C.P.)

Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.: IN THE UNITED STATES DISTRICT

I am a citizen of the United States. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper of general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673 and under date of August 25, 1995, Case Number 267864; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

05-01-08
05-08-08
05-15-08
05-22-08

I Certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: May. 22, 2008
At: Riverside, California

HASHIM, CHE L. ATTORNEY AT LAW

179 11TH 2ND FLOOR ST
SAN FRANCISCO CA  94103

Ad #: 9212501

PO #:

Agency #: _____

---

Ad Copy:

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
REBEL8, Inc.,
Plaintiff
vs.
M.O.B., Inc., CHAD SCHOEMAN
Defendant
Case No.: 3:08-cv-1303 WHA
FOURTH NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
Date: May 29, 2008
Time: 11:00 a.m.
Dept.: Courtroom 9, 19th Floor

PLEASE TAKE NOTICE that on THURSDAY, MAY 29, 2008, at 11:00 a.m., in the United States District Court, Northern District of California, before the Honorable William H. Alsup, located in COURTROOM 9, 19th FLOOR, 450 Golden Gate Avenue, San Francisco, California, Plaintiff, REBEL8, Inc., will move this court for a Preliminary Injunction, pursuant to Fed.R.Civ.P. 65(b) and 17 U.S.C. § 502(a) and California Business and Professions Code Sections 17203 and 17535, restraining Defendants, M.O.B. Inc., CHAD SCHOEMAN, their agents, servants, employees and attorneys, and all those in active concert or participation with or for Defendants who receive actual notice of the order by personal service or otherwise from:
(A) From using in any manner the "VIVA LA MOB" image or any image confusingly similar thereto, or otherwise protected by Copyright law, alone or in combination with any other word or words or in design, including the use of similar motifs, such use in connection with the advertising, offering for sale or sale or furnishing of wholesale black and white apparel design to the public
(B) From inducing or enabling others to sell apparel bearing the "VIVA LA M.O.B." infringing design;
(C) From committing any acts calculated to cause purchasers to believe that any goods or services are sponsored by, approved by, connected with, guaranteed by or offered or sold by Plaintiff or under the control or supervision of Plaintiff;
(D) From otherwise infringing on Plaintiff's protected works or otherwise unfairly competing with Plaintiff in any manner;

This motion is made on the grounds that immediate and irreparable harm is resulting, and will continue to result to Plaintiff unless the activities describes above are immediately enjoined, pending trial of this action. Preliminary injunctive relief is warranted under 17 U.S.C. § 502(a), as well as California Business & Professions Code §§ 17203, 17535.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Josh Dropiewski and Attorney Che L. Hashim, all pleadings and records on file in this action, and upon such further oral and documentary evidence as may be presented at the hearing.

Dated: April 28, 2008
CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.
5/1, 5/8, 5/15, 5/22

---

Exhibit A

# EXHIBIT B



# EXHIBIT C



MySpace.com                                              Privacy | Help | SignOut

**Mail Center**
**Sent**                    **Bright Idea:** [Start your Own MySpace Group. Signup Now.]

Sponsored Links

**Adam And Eve Costume**
Shop Religious, Biblical &
Nativity
Costumes. Same Day Shipping!
www.BuyCostumes.com/Biblical

Who's Online?

Melissa
Send Message

Online Now!

See Full Page

☐ Compose

Inbox

Sent          Empty

Saved

Trash

Friend Requests

Sent Requests

Tagged Photos

Address Book

Bulletin

Event Invites

**Note:** Sent mail is automatically deleted after it is 14 days old.
Listing 1-1 of 1                         1 of 1

| Date: | To: | Status: | Subject: |
|-------|-----|---------|----------|
| ☐ May 23, 2008 7:57 AM | MOB INC. .. | Read | No Subject |

Listing 1-1 of 1                         1 of 1

Check/Uncheck All                          [ Delete Checked ]



KAPLAN UNIVERSITY
Change your future.

> School of Arts and Sciences
> School of Business
> School of Criminal Justice
> School of Education
> School of Health Sciences
> School of Information Systems and Technology
> School of Legal Studies
> School of Nursing
> Business and Finance Certificates
> Health Care Certificates

Learn More

About | FAQ | Terms | Privacy Policy | Safety Tips | Contact MySpace | Advertise | MySpace International | MySpace Latino

©2003-2008 MySpace.com. All Rights Reserved.

Exhibit C

CHE L. HASHIM Esq (SBN 238565)
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBEL8, Inc., | ) | Case No.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION OF COUNSEL |
| | ) | REGARDING ATTEMPTS TO SERVE |
| M.O.B., Inc., CHAD SCHOEMAN | ) | DEFENDANTS |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

_____

**I, CHE L. HASHIM, Esq, declare:**

**I am the attorney of record for Plaintiff in the above-entitled matter.**

**1.    On May 1, May 8, May 15, and May 22, 2008, service was made on the Defendants in the above-entitled matter by way of publication in the Riverside Press-Enterprise, proof of which is included as Exhibit A.**

**2.    On information and belief, on May 23, 2008, my associate visited the Myspace webpage entitled "MOB INC. C.E.O. – 33 – Male – RIVERSIDE 909 FOR LIFE, California" [www.myspace.com/81245171].**

**3.    On information and belief, on May 23, 2008, my associate sent a message, proof of which is included as Exhibit B, through the Myspace messaging system, notifying the user described in Paragraph 2 of the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for 2:00 PM on May 29, 2008.  The following text was sent:**

THIS NOTICE IS IMPORTANT

HEARING RE-SCHEDULED TO MAY 29, 2008, 2:00 PM DUE TO COURT'S UNAVAILABILITY

Dear Mr. Schoeman,

Though I have been informed that you have retained counsel, I have not, nor has the Court received a general appearance on your behalf, and therefore I am contacting you directly to give you notice that THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PREVIOUSLY SCHEDULED FOR MARCH 31, 2008, HAS BEEN RESCHEDULED TO THURSDAY, MAY 29, 2008, AT 2:00 PM IN COURTROOM 9, 19TH Floor, Federal Building located at 450 Golden Gate Avenue, SAN FRANCISCO, CA, before the Honorable William Alsup.

Please contact me with any questions regarding this notice. I may be reached by email at che.hashim.esq@gmail.com, or by telephone: 415 487 1700.

Sincerely,

Che L. Hashim, Esq.

Notice of Motion For Preliminary Injunction

Sent via email to mobincorporated@aol.com on March 26, 2008 at 5:00 PM.

**4.      On information and belief, on May 23, 2008, the message described in Paragraph 3 was read by the user of the webpage described in Paragraph 2, proof of which is included as Exhibit C.**

**      I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 28, 2008, at San Francisco, CA.**

Dated:  May 28, 2008

_____     /S/ CHE HASHIM_____

                                                      CHE L. HASHIM
                                                      Attorney for Plaintiff
                                                      REBEL8, INC.

grandcopy.nom.pi

# EXHIBIT A

# THE PRESS-ENTERPRISE

3512 Fourteenth Street
Riverside CA 92501-3878
951-684-1200
951-368-9018 FAX

PROOF OF PUBLICATION
(2010, 2015.5 C.C.P.)

Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.: IN THE UNITED STATES DISTRICT

I am a citizen of the United States. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper of general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673 and under date of August 25, 1995, Case Number 267864; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

05-01-08
05-08-08
05-15-08
05-22-08

I Certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: May. 22, 2008
At: Riverside, California

HASHIM, CHE L. ATTORNEY AT LAW

179 11TH 2ND FLOOR ST
SAN FRANCISCO CA 94103

Ad #: 9212501

PO #:

Agency #: _____

Ad Copy:

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
REBEL8 Inc.,
Plaintiff
vs.
M.O.B., Inc., CHAD SCHOEMAN
Defendant

Case No.: 3:08-cv-1303 WHA
FOURTH NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
Date: May 29, 2008
Time: 11:00 a.m.
Dept.: Courtroom 9, 19th Floor

PLEASE TAKE NOTICE that on THURSDAY, MAY 29, 2008, at 11:00 a.m., in the United States District Court, Northern District of California, before the Honorable William H. Alsup, located in COURTROOM 9, 19th FLOOR, 450 Golden Gate Avenue, San Francisco, California, Plaintiff, REBEL8, Inc., will move this court for a Preliminary Injunction, pursuant to Fed.R.Civ.P. 65(b) and 17 U.S.C. § 502(2) and California Business and Professions Code Sections 17203 and 17535, restraining Defendants, M.O.B., Inc., CHAD SCHOEMAN, their agents, servants, employees and attorneys, and all those in active concert or participation with or for Defendants who receive actual notice of the order by personal service or otherwise from:
(A) From using in any manner the "VIVA LA MOB" image or any image confusingly similar thereto, or otherwise protected by Copyright law, alone or in combination with any other word or words or in design, including the use of similar motifs, such use in connection with the advertising, offering for sale or sale or furnishing of wholesale black and white apparel design to the public;
(B) From inducing or enabling others to sell apparel bearing the "VIVA LA M.O.B." infringing design;
(C) From committing any acts calculated to cause purchasers to believe that any goods or services are sponsored by, approved by, connected with, guaranteed by or offered or sold by Plaintiff or under the control or supervision of Plaintiff;
(D) From otherwise infringing on Plaintiff's protected works or otherwise unfairly competing with Plaintiff in any manner;
This motion is made on the grounds that immediate and irreparable harm is resulting, and will continue to result to Plaintiff unless the activities describes above are immediately enjoined, pending trial of this action. Preliminary injunctive relief is warranted under 17 U.S.C. § 502(a), as well as California Business & Professions Code §§ 17203, 17535.
This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Josh Drapiewski and Attorney Che L. Hashim, all pleadings and records on file in this action, and upon such further oral and documentary evidence as may be presented at the hearing.
Dated: April 28, 2008
CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.
5/1, 5/8, 5/15, 5/22

Exhibit A

# EXHIBIT B



Exhibit B

# EXHIBIT C

