**CHE L. HASHIM Esq (SBN 238565)**
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | ) Case No.: 3:08-cv-01303-WHA |
| Plaintiff, | ) |
| | ) |
| vs. | ) FRCP 26(F) REPORT |
| | ) |
| M.O.B., Inc., CHAD SCHOEMAN | ) |
| | ) |
| | ) |
| Defendant | ) |

_____

1.  Due to Defendants' failure to answer Plaintiff's complaint and repeated notices of

    hearings, the parties have not conferred as required pursuant to Fed. R. Civ. P. 26(f).

Dated:  June 5, 2008

/S/ CHE HASHIM_____

CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.