**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 29, 2008

Case No.  C 08-01303 WHA

Title: REBEL8 v. MOB INC

Plaintiff Attorneys: Che Hashim

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Powell

**PROCEEDINGS**

1)     Plt's Motion for Preliminary Injunction - HELD

2)

Continued to ＿ for Further Case Management Conference

Continued to ＿ for Pretrial Conference

Continued to ＿ for Trial

**ORDERED AFTER HEARING:**

Defendant did not respond to the Service by Publication.  Plaintiff will make a request for default.