**CHE L. HASHIM Esq (SBN 238565)**
861 Bryant Street
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 431-1312

Attorney for Plaintiff
REBEL8, Inc.



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | Case No.: 3:08-cv-01303-WHA |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL IN REQUESTING NEW CIVIL SUMMONS |
| M.O.B., Inc., CHAD SCHOEMAN | |
| Defendant | |

I, CHE L. HASHIM, declare:

I am the attorney of record for Plaintiff in the above-entitled matter.

1. I am unable to locate a copy of the original summons issued on March 6, 2008 by the Court Clerk in the above-entitled matter and request the issuance of a new civil summons to be served by Plaintiff on Defendants.

I declare under penalty of perjury that the foregoing is true and correct and that this

Declaration of Counsel

1

1  declaration is executed on June 10, 2008, at San Francisco, CA.

Dated: June 10, 2008

_____

CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.