**CHE L. HASHIM Esq (SBN 238565)**
861 Bryant Street
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 431-1312

Attorney for Plaintiff
REBEL8, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | ) Case No.: 3:08-cv-01303-WHA |
| Plaintiff, | ) |
| vs. | ) REQUEST TO ENTER DEFAULT OF |
| | ) M.O.B., INC. and CHAD SCHOEMAN |
| M.O.B., Inc., CHAD SCHOEMAN | ) |
| | ) |
| Defendant | ) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff REBEL8, Inc. requests that the Clerk of this Court enter the default of Defendants

M.O.B., INC. and CHAD SCHOEMAN for failure to plead or otherwise defend in a timely

manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the affidavit, attached as Exhibit A, of Plaintiff's attorney of record, Che

L. Hashim, which shows:

1.  Attempts to affect service on defendants M.O.B., INC. and CHAD SCHOEMAN of the summons, complaint, and notices of hearings were made numerous times between March 7, 2008 and June 18, 2008.

2.  The Proof of Publication filed with this Court on May 28, 2008 establishes that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure.  A copy of the Proof of Publication is attached as Exhibit D.

3.  M.O.B., INC. and CHAD SCHOEMAN have failed to plead or otherwise respond to any of the emails, phone calls, myspace messages, and attempts at personal service of the summons, complaint, and notices of hearings described in Paragraph 1 and detailed in Exhibit A.

4.  Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the applicable time limit for responding has expired.

5.  Plaintiff is informed and believes, and based thereon alleges, that M.O.B., INC. and CHAD SCHOEMAN are not infants or incompetent persons.

6.  Plaintiff is informed and believes, and based thereon alleges, that M.O.B., INC. and CHAD SCHOEMAN are not in the military service.

Dated:  July 9, 2008

/S/ CHE HASHIM

CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.

# EXHIBIT A

**CHE L. HASHIM Esq (SBN 238565)**
861 Bryant Street
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 431-1312

Attorney for Plaintiff
REBEL8, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | Case No.: 3:08-cv-01303-WHA |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL IN SUPPORT OF REQUEST TO ENTER DEFAULT OF M.O.B., INC. and CHAD SCHOEMAN |
| M.O.B., INC., CHAD SCHOEMAN | |
| Defendant | |

1. On March 7, 2008, I transmitted all relevant filings up to that time to Orange County Process Service, by email at ocprocess@yahoo.com, with instructions to serve on CHAD SCHOEMAN, at his last known address, 195 Albert Place, Costa Mesa, CA 92627. On March 7, 2008, I sent Defendant a message via myspace.com, as counsel has previously indicated through his declaration filed with this Court on March 6, 2008 and attached as Exhibit B, that this was the only reliable point of contact that had been established. The contents of the message sent are included in Paragraph 5 of counsel's declaration filed with this Court on March 10, 2008 and attached as Exhibit C. At the time of service, Defendant's myspace.com page indicated that he last signed on and received messages on

March 7, 2008. On Monday, March 10, 2008, the page indicated that the last sign-on was affected on March 9, 2008.

2. On March 10, 2008, I received notice from Orange County Process Service that they were unable to affect personal service on CHAD SCHOEMAN, as the 195 Albert Place address was not an address at which CHAD SCHOEMAN resides.

3. On March 11, 2008, this Court heard from Plaintiff's counsel, regarding failed efforts to serve CHAD SCHOEMAN personally. This Court also heard that the other named defendant, M.O.B., INC., was not served, as their true business identity could not be ascertained. This Court was made aware of an attempt to serve defendant CHAD SCHOEMAN electronically, through myspace.com, a social networking website in which users create a type of online social storefront, where they solicit communications via electronic mail.

4. On March 19, 2008, pursuant to Plaintiff's request for an order directing service through myspace.com or other electronic means, Plaintiff's counsel detailed attempts up to that point to affect personal service on CHAD SCHOEMAN. The details are included in the declaration attached as Exhibit D.

5. On April 21, 2008, This Court ordered that defendants be served by publication once per week for four successive weeks in the Riverside Press-Enterprise, a local newspaper published in Riverside, California, which was designated as the newspaper most likely to give defendants actual notice of the action. On May 1, May 8, May 15, and May 22, 2008, service was made on the defendants by way of publication in the Riverside Press-Enterprise, proof of which is attached as Exhibit E.

6. On May 23, 2008, my associate visited the myspace.com page described in Paragraph 1 and, through the Myspace messaging system, sent the message attached as Exhibit F. On May 23, 2008, the message described in this paragraph and attached as Exhibit F was read by the user of defendant's Myspace.com page. Proof of the message's status as having been read is attached as Exhibit G.

7. On May 23 and 24, 2008 my associate left a total of four voicemails at the contact phone number listed on http://www.mobinc.net identifying this lawsuit, identifying the parties to this lawsuit, explaining Plaintiff's previous attempts to serve defendants, and requesting a return phone call so defendants could be provided with a copy of the complaint and all supporting documents relevant to said lawsuit. Proof of the listed contact phone number is attached as Exhibit H.

8. Prior to leaving each voicemail described in Paragraph 7, my associate listened to the outgoing voicemail message, which identified the number dialed as the telephone number of M.O.B., INC.

9. On May 25, 2008, my associate called the phone number described in Paragraph 7 and, upon a male voice answering, my associate identified himself as calling from The Law Office of Che L. Hashim and asked the aforementioned male voice if he was CHAD SCHOEMAN or if he knew of or how to contact CHAD SCHOEMAN. The aforementioned male voice stated to my associate that he did not personally know nor had ever heard of either CHAD SCHOEMAN or M.OB., INC. The aforementioned male voice indicated to my associate that he was aware of the voicemail messages described in Paragraph 7, denied my associate's assertion that the phone number dialed was the corporate telephone number of M.O.B., INC., and hung up as my associate began to inform him of this lawsuit.

10. On May 29, 2008, This Court heard Plaintiff's motion for preliminary injunction. Following the hearing the Court stated in its Civil Pretrial Minutes that "Defendant did not respond to Service by Publication. Plaintiff will make a request for default."

11. On June 11, 2008, I transmitted by mail all relevant filings up to that time to Bosco Legal Services, Inc., with instructions to serve on CHAD SCHOEMAN and M.O.B., INC., at the listed "Surface mailing address" on http://www.mobinc.net: 17060 Hidden Trails, Riverside, CA 92503. Proof of the listed surface mailing address is attached as Exhibit H. Bosco Legal Services' attempt to serve defendants on June 17, 2008 at the address described in this paragraph was unsuccessful, as the residence was found to be vacant. A

copy of Bosco Legal Services' declaration regarding their attempt to serve defendants is attached as Exhibit I.

12. On June 18, 2008, my associate emailed a copy of the summons for this lawsuit, to mobincsales@aol.com, the email address listed on http://www.mobinc.net.  Proof of the listed contact email address is attached as Exhibit H.

Dated:  July 9, 2008


/S/ CHE HASHIM_____

CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.

# EXHIBIT B

CHE L. HASHIM Esq. (SBN 238565)
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 865-0376

*E-filing*

Attorney for Plaintiff
REBEL8, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| REBEL8, Inc., | ) | Case No.: |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| M.O.B., Inc. and CHAD SCHOEMAN | ) | |
| Defendants | ) | |

I, CHE L. HASHIM, declare:

I am the attorney of record for Plaintiff in the above-entitled matter.

1. On January 11, 2008 I attempted to find information relating to M.O.B., Inc. using Google search engine with the terms "MOB Inc.", "MOB Inc. Clothing", "M.O.B. Inc." and "M.O.B. Inc. Clothing."

2. The search revealed a handful companies entitled MOB Inc., or some variation thereof. It also revealed websites contained images of clothing from MOB Inc. including, Myspace, Tilly's, Suburban Underground Clothing, No Fear and others.

3. I determined that the Myspace webpage bore a distinctive "MOB Inc." logo. The same logo found on Tilly's, Suburban Underground Clothing, No Fear and other websites selling the infringing "VIVA LA MOB" t-shirt and/or other apparel.

4. The Myspace page was entitled: "MOB INC. C.E.O. – 33 – Male – RIVERSIDE 909 FOR LIFE, California – www.myspace.com/mobincclothing." The quote on the page stated "FOR SALES INFORMATION E-MAIL MOBINCSALES@AOL.COM, VISIT WWW.MOBINC.NET."  There was no street address on the webpage.

5. I checked www.mobinc.net to find an address. No street address was available on this webpage.

6. Searches also revealed one website, www.mobincclothing.com, relayed background information about MOB Inc. was located in Southern California. No street address was available on this webpage.

7. I checked the California Secretary of State website. It revealed only one active corporation called "M.O.B. Inc." located in or near Beverly Hills. Upon further research I determined that this Corporation was involved only in music sales, not apparel sales. It also revealed "M.O.B. Empire Inc." located in Huntington Beach.

8. I went to the website for the U.S. Patent and Trademark Office (USPTO).  I searched the trademark database for "MOB Inc." It revealed that the Trademark was owned by an individual named Chad Schoeman of Costa Mesa, California. With this information I first learned of Chad Schoeman.

9. I went to yellowpages.com, superpages.com and yp.yahoo.com to search for any business listed as MOB Inc. There were no listings for a MOB Inc. Clothing or MOB Inc. apparel in California.

1  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration

2  is executed on March 5, 2008, at San Francisco, California.

3

4  Dated: March 5, 2008

5

6  CHE I. HASHIM
   Attorney for Plaintiff
7  REBEL8, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Counsel

3

# EXHIBIT C

**CHE L. HASHIM Esq (SBN 238565)**
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile:  (415) 865-0376

Attorney for Plaintiff
REBEL8, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8, Inc., | ) Case No.: |
| Plaintiff, | ) |
| | ) |
| vs. | ) DECLARATION OF COUNSEL |
| | ) REGARDING ATTEMPTS TO SERVE |
| M.O.B., Inc., CHAD SCHOEMAN | ) DEFENDANTS |
| | ) |
| | ) |
| Defendant | ) |

I, **CHE L. HASHIM, Esq, declare:**

1.      On Thursday, March 6, 2008, I cause to be filed a Complaint, and various ex parte requests for hearings to be held on an expedited basis.

2.      The case was assigned to the Honorable William H. Alsup.

3.      Judge Alsup entered an order compelling Plaintiff to serve notice on Defendant of the scheduled hearing on the requests for a Temporary Restraining Order and Order to Show Cause regarding a request for a Preliminary Injunction, by Saturday, March 8, 2008.

4.      On Friday, March 7, I transmitted all relevant filings to Orange County Process Service, by email at ocprocess@yahoo.com, with instructions to serve on Chad Schoeman, at his last known address, 195 Albert Place, Costa Mesa, CA 92627.

5.      On, March 7, 2008, I sent Defendant a message via myspace.com, as counsel has previously indicated through declaration that this is the only reliable point of contact that has been established.  This was the message sent:

YOU ARE BEING SUED BY REBEL8, INC. / THIS NOTICE IS IMPORTANT

Dear Mr. Schoeman,

Yourself and M.O.B. Inc are being sued in the United States District Court for the Northern District of California, by REBEL8, Inc., for copyright infringement.

A hearing to decide the proposed issuance of a Temporary Restraining Order and Preliminary Injunction has been set for:

TUESDAY, MARCH 11, 2008 in Courtroom 9, on the 19th Floor of the Federal Building located at 450 Golden Gate Avenue, SAN FRANCISCO, CA, before the Honorable William Alsup.

Service of all relevant documents is being affected today, Friday, March 7, or Saturday, March 8, 2008 at 195 Albert Place, Costa Mesa CA, 92627.

Please contact me with any questions regarding this notice.  I may be reached by email at che.hashim.esq@gmail.com, or by telephone: 415 487 1700.

Sincerely,

Che L. Hashim, Esq.

Sent via myspace on March 7, 2008 at 345pm.

6.      At the time of service, Defendant's myspace.com page indicated that he last signed on and received messages on 3/7/08.  As on Monday, March 10, 2008, the page indicated that the last sign-on was affected on March 9, 2008.

7.      On Monday, March 10, 2008, I received notice from the process servers that they were unable to affect personal service on Chad Schoeman, as the 195 Albert Place address was not an address that Mr. Schoeman resides at.  Personal service of all pleadings was therefore ineffective.

Notice of Motion For Preliminary Injunction

2

**I declare under penalty of perjury that the foregoing is true and correct and that this declaration is being executed on March 10, 2008, at San Francisco, CA.**

Dated:  March 10, 2008

/S/ CHE HASHIM

CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.

grandcopy.nom.pi

# EXHIBIT D

## DECLARATION OF COUNSEL

I, Che L. Hashim, Esq., declare as follows:

1.      Counsel has attempted affect personal service on Chad Schoeman at the following addresses, with the following results:

**17075 Raindrop Court, Riverside, CA**:  Process server contacted a Jerami Schoeman who claimed to be the cousin of Chad Schoeman, but disclaimed knowledge regarding his whereabouts, permanent residence, or manner in which he may be contacted.

**195 Albert Place, Costa Mesa, CA**:  Process server contacted the residents of this address, who stated that they knew that Chad Schoeman had lived there at least four years prior, and that they did not know to where he had moved, nor did they have any information regarding how he might be contacted.

**9344 Jurupa Road, Riverside, CA:**  Process server contacted the residence of the Delgado's who had no knowledge of possible previous tenant Chad Schoeman.

**850 W 18th St. Costa Mesa, CA:**  Process server contacted owner of a storage building who stated he did not have any knowledge of a rental unit being made available to either a Chad Schoeman, or to any company called M.O.B. Inc.

I declare under penalty of perjury that the forgoing is true and correct, and as to all those assertion made without my personal knowledge, I assert those facts based on information and belief.  This declaration is being executed on March 19, 2008, at San Francisco, CA.

/s/ CHE HASHIM
CHE L. HASHIM, ESQ.
Attorney for Plaintiff
REBEL8, Inc.

grandcopy.nom.pi

# EXHIBIT E

05/23/2008 FRI 8:06 FAX 951368901A Legal Dept 36
Case 3:08-cv-01303-WHA  Document 36    Filed 05/28/2008    Page 5 of 9 ☐001/001

# THE PRESS-ENTERPRISE

3512 Fourteenth Street
Riverside CA 92501-3878
951-684-1200
951-368-9018 FAX

PROOF OF PUBLICATION
(2010, 2015.5 C.C.P.)

Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.: IN THE UNITED STATES DISTRICT

I am a citizen of the United States. I am over the age
of eighteen years and not a party to or interested in
the above entitled matter. I am an authorized repre-
sentative of THE PRESS-ENTERPRISE, a newspa-
per of general circulation, printed and published daily
in the County of Riverside, and which newspaper has
been adjudicated a newspaper of general circulation
by the Superior Court of the County of Riverside,
State of California, under date of April 25, 1952, Case
Number 54446, under date of March 29, 1957, Case
Number 65673 and under date of August 25, 1995,
Case Number 267864; that the notice, of which the
annexed is a printed copy, has been published in said
newspaper in accordance with the instructions of the
person(s) requesting publication, and not in any sup-
plement thereof on the following dates, to wit:

05-01-08
05-08-08
05-15-08
05-22-08

I Certify (or declare) under penalty of perjury that the
foregoing is true and correct.

Date: May. 22, 2008
At: Riverside, California

HASHIM, CHE L. ATTORNEY AT LAW

179 11TH 2ND FLOOR ST
SAN FRANCISCO CA  94103

Ad #: 9212501

PO #:

Agency #: _____

---

Ad Copy:

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN
DISTRICT OF CALIFORNIA
REBEL8, Inc.,
Plaintiff
vs.
M.O.B., Inc.,     CHAD
SCHOEMAN
Defendant
Case No.: 3:08-cv-1303 WHA
FOURTH NOTICE OF MO-
TION AND MOTION FOR
P R E L I M I N A R Y
INJUNCTION
Date: May 29, 2008
Time: 11:00 a.m.
Dept.: Courtroom 9, 19th Floor

PLEASE TAKE NOTICE that
on THURSDAY, MAY 29,
2008, at 11:00 a.m., in the
United States District Court,
Northern District of California,
before the Honorable William
H. Alsup, located in COURT-
ROOM 9, 19th FLOOR, 450
Golden Gate Avenue, San
Francisco, California, Plaintiff,
REBEL8, Inc., will move this
court for a Preliminary Injunc-
tion, pursuant to Fed.R.Civ.P.
65(b) and 17 U.S.C. § 502(2)
and California Business and
Professions Code Sections
17203 and 17535, restraining
Defendants, M.O.B., Inc.,
CHAD SCHOEMAN, their
agents, servants, employees
and attorneys, and all those in
active concert or participation
with or for Defendants who re-
ceive actual notice of the order
by personal service or other-
wise from:
(A) From using in any manner
the "VIVA LA MOB" image or
any image confusingly similar
thereto, or otherwise protected
by Copyright law, alone or in
combination with any other
word or words or in design, in-
cluding the use of similar mo-
tifs, such use in connection
with the advertising, offering
for sale or sale or furnishing of
wholesale block and white ap-
parel design to the public;
(B) From inducing or enabling
others to sell apparel bearing
the "VIVA LA M.O.B." infring-
ing design;
(C) From committing any acts
calculated to cause purchas-
ers to believe that any goods or
services are sponsored by, ap-
proved by, connected with,
guaranteed by or offered or
sold by Plaintiff or under the
control or supervision of
Plaintiff;
(D) From otherwise infringing
on Plaintiff's protected works
or otherwise unfairly compet-
ing with Plaintiff in any
manner.
This motion is made on the
grounds that immediate and
irreparable harm is resulting,
and will continue to result to
Plaintiff unless the activities
describes above are immedi-
ately enjoined, pending trial of
this action. Preliminary injunc-
tive relief is warranted under
17 U.S.C. § 502(a), as well as
California Business & Profes-
sions Code §§ 17203, 17535.
This motion is based on this
Notice, the accompanying
Memorandum of Points and
Authorities, the Declarations
of Josh Droplewski and Attor-
ney Che L. Hashim, all plead-
ings and records on file in this
action, and upon such further
oral and documentary evi-
dence as may be presented at
the hearing.
Dated: April 26, 2008
CHE L. HASHIM
Attorney for Plaintiff
REBEL8, INC.
5/1, 5/8, 5/15, 5/22

# EXHIBIT F

Privacy | Help | SignOut



People    [ Search ]    Google

Home | Browse | Search | Invite | Apps | Mail | Blog | Favorites | Forum | Groups | Events | Videos | Music | Classifieds

**Mail Center**
**Read Mail**

Bright Idea: [Delete some goof from your friend list. Delete Now.]

Compose

Inbox

Sent          Empty

Saved

Trash

Friend Requests

Sent Requests

Tagged Photos

Address Book

Bulletin

Event Invites

To:   [MOB INC.]   MOB INC. ..

Date:      May 23, 2008 7:57 AM          Flag as **Spam** or Report **Abuse** [?]

Subject:   No Subject

Body:      THIS NOTICE IS IMPORTANT

HEARING RE-SCHEDULED TO MAY 29, 2008, 2:00 PM DUE TO COURT'S
UNAVAILABILITY

Dear Mr. Schoeman,

Though I have been informed that you have retained counsel, I have not,
nor has the Court received a general appearance on your behalf, and
therefore I am contacting you directly to give you notice that THE HEARING
ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PREVIOUSLY
SCHEDULED FOR MARCH 31, 2008, HAS BEEN RESCHEDULED TO
THURSDAY, MAY 29, 2008, AT 2:00 PM IN COURTROOM 9, 19TH Floor,
Federal Building located at 450 Golden Gate Avenue, SAN FRANCISCO, CA,
before the Honorable William Alsup.

Please contact me with any questions regarding this notice. I may be
reached by email at che.hashim.esq@gmail.com, or by telephone: 415 487
1700.

Sincerely,

Che L. Hashim, Esq.

Sent via email to mobincorporated@aol.com on March 26, 2008 at 5:00 PM.

[ Forward ]   [ Delete ]

Sponsored Links

**Adam And Eve Costume**
Religious, Biblical and Nativity
Costumes for Kids & Adults.
www.BuyCostumes.com/Biblical

**Adam Carolla Ringtones**
Adam Carolla Ringtones.
Get them Complimentary Now!
RingRingers.com

**Pimp Your Page**
Free Layouts, Backgrounds &
Glitter
Profile. 100% Free. Download
Now!
MySpace.coolfetti.com

**Polaris Genesis**
Deals on Polaris Genesis.
Dream it, Find it, Buy it!
www.eBayMotors.com

Who's Online?

None of your friends are
currently online.

**Browse Users >>**

**About** | **FAQ** | **Terms** | **Privacy Policy** | **Safety Tips** | **Contact MySpace** | **Advertise** | **MySpace International** | **MySpace Latino**

©2003-2008 MySpace.com. All Rights Reserved.

# EXHIBIT G



MySpace.com                                                            Privacy | Help | SignOut

People    [        ]  [ Search ]  Google

Home | Browse | Search | Invite | Apps | Mail | Blogs | Favorites | Forum | Groups | Events | MySpaceTV | Music | Comedy | Classifieds



### Mail Center
### Sent

Bright Idea: [Start your Own MySpace Group. Signup Now.]

Sponsored Links

Adam And Eve Costume
Shop Religious, Biblical &
Nativity
Costumes. Same Day Shipping!
www.BuyCostumes.com/Biblical

Who's Online?

Melissa
Send Message

Online Now!

See Full Page

Compose

Inbox

Sent        Empty

Saved

Trash

Friend Requests

Sent Requests

Tagged Photos

Address Book

Bulletin

Event Invites

Note: Sent mail is automatically deleted after it is 14 days old.

Listing 1-1 of 1                                    1  of  1

| Date: | To: | Status: | Subject: |
|---|---|---|---|
| ☐ May 23, 2008 7:57 AM | MOB INC .. | Read | No Subject |

Listing 1-1 of 1                                    1  of  1

Check/Uncheck All                                    [ Delete Checked ]

KAPLAN
UNIVERSITY

Change your future.

School of Arts and Sciences
School of Business
School of Criminal Justice
School of Education
School of Health Sciences
School of Information
Systems and Technology
School of Legal Studies
School of Nursing
Business and Finance
Certificates
Health Care Certificates

Learn More

About | FAQ | Terms | Privacy Policy | Safety Tips | Contact MySpace | Advertise | MySpace International | MySpace

©2003-2008 MySpace.com. All Rights Reserved.

# EXHIBIT H

## Official Site for MOB Inc Clothing

## Privacy Notice

Effective Date: April 8, 2008

### Privacy Policy

Our Privacy Policy is designed to assist you-businesses, consumers and the general public-in understanding how we collect and use the personal information you provide to us, and to help you make informed decisions when using our web site and all of our related services therein.

### Contact Information

To request a correction or deletion of your private information, or if you have any questions and general comments about this privacy policy, please contact us:

e-mail:
mobincsales@aol.com

Surface mailing address:
17060 Hidden Trails
Riverside, CA 92503

Phone: 949-689-4225

### What Information Do We Collect?

When visiting the our web site, you may provide us with two types of information: personal information you voluntarily choose to disclose that is collected on an individual basis, and Web site use information gathered on a collective basis as you and others browse our Web site.

### Personal Information You Choose to Provide

Registration Information

You will provide us information about yourself, your firm or company, and your practices when you register to be a user of our services, register for certain services, or register for email newsletters and alerts.

Email Information

If you choose to correspond with us through email, we may retain the content of your email messages together with your email address and our responses. If you use our "Email this page" feature to send a copy of that page to someone else, your email address will appear as the sender of the email. Both your email address and the recipient's email address will not be used for any other purpose.

### How Do We Use the Information That You Provide to Us?

Generally, we use personal information for purposes of managing and expanding our business activities, providing customer service and making available other products and services to our customers and prospective customers. Occasionally, we may also use the information we collect to notify you about important changes to our Web site, new services and special offers we think you will find valuable.

# EXHIBIT I

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Che L. Hashim, Esq.<br>Law Office of Che L. Hashim<br>861 Bryant St.<br>San Francisco, CA 94103 | | |

Telephone No: 415-487-1700

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The North District Of California

*Plaintiff:* Rebel8 Inc.
*Defendant:* M.O.B. Inc and Chad Schoeman

| DECLARATION SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:08-CV-01303-WHA |
|---|---|---|---|---|

1. I, JEREMIAH S. JONES, and any employee or independent contractors retained by BOSCO LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant M.O.B. Inc as follows:

2. *Documents:* SUMMONS; Complaint; Supporting Documents..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 06/17/08 | 11:24am | Home | Attempted service. House is vacant. Attempt made by: CYNDEE L. HOLDERREAD. Attempt at: 17060 Hidden Trails Lane  Riverside CA 92503. |
| Thu | 06/19/08 | 9:00am | | Provided status to Adam Nichols (CLH). Close out, provide declaration. Attempt made by: MARIA SANDOVAL. |
| Thu | 06/19/08 | 10:00am | Home | Returned Not Served on:  M.O.B. Inc Home - 17060 Hidden Trails Lane Riverside, CA 92503. |

3. *Person Executing*
   a. JEREMIAH S. JONES
   b. **BOSCO LEGAL SERVICES, INC.**
      9455 Magnolia Avenue, Registration # PI 14169
      Riverside, CA  92503
   c. (951) 353-8281, FAX (951) 353-8286

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*
e. *I am:* (3) Exempt from registration under B&B 22350(b)

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jun. 19, 2008    DECLARATION    (JEREMIAH S. JONES)    clh 40354

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| Che L. Hashim, Esq.<br>Law Office of Che L. Hashim<br>861 Bryant St.<br>San Francisco, CA 94103 | | | |

Telephone No. 415-487-1700

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The North District Of California

Plaintiff: Rebel8 Inc.

Defendant: M.O.B. Inc and Chad Schoeman

| DECLARATION<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:08-CV-01303-WHA |
|---|---|---|---|---|

1. I, JEREMIAH S. JONES, and any employee or independent contractors retained by BOSCO LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Chad Schoeman as follows:

2. *Documents:*   SUMMONS; Complaint; Supporting Documents..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 06/17/08 | 11:24am | Home | Attempted service. House is vacant. Attempt made by: CYNDEE L. HOLDERREAD. Attempt at: 17060 Hidden Trails Lane  Riverside CA 92503. |
| Thu | 06/19/08 | 9:00am | | Provided status to Adam Nichols (CLH). Close out, provide declaration. Attempt made by: MARIA SANDOVAL. |
| Thu | 06/19/08 | 10:00am | Home | Returned Not Served on: Chad Schoeman Home - 17060 Hidden Trails Lane Riverside, CA 92503 |

3. *Person Executing*
   a. JEREMIAH S. JONES
   **b. BOSCO LEGAL SERVICES, INC.**
   9455 Magnolia Avenue, Registration # PI 14169
   Riverside, CA 92503
   c. (951) 353-8281, FAX (951) 353-8286

Recoverable Costs Per CCP 1033.5(a)(4)(B)

d. *The Fee for service was:*

e. *I am:* (3) Exempt from registration under B&B 22350(b)

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jun. 19, 2008          DECLARATION          (JEREMIAH S JONES)          clh.40355