**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                            415.522.2000

July 14, 2008

RE:  CV 08-01303 WHA        Rebel8 Inc.-v- M.O.B. Inc

Default is entered as to M.O.B. Inc. and Chad Schoeman on July 14, 2008.

                                RICHARD W. WIEKING, Clerk

                                by Susan Imbriani
                                Case Systems Administrator

NDC TR-4  Rev. 3/89