IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBEL8 Inc.,

    Plaintiff,

v.

M.O.B. Inc., and CHAD SCHOEMAN,

    Defendant.

No. C 08-01303 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff is ordered to show cause why this case should not be dismissed for lack of prosecution. A submission should be made by **NOVEMBER 13, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: November 10, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE