IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8 INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>M.O.B. INC., CHAD SCHOEMAN,<br><br>    Defendants.<br>                                    / | No. C 08-01303 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a case management conference for **FEBRUARY 19, 2008, AT 11:00 A.M.** A case management conference statement is due at least seven days prior. Plaintiff shall please serve a copy of this order on defendants within the next ten days.

**IT IS SO ORDERED.**

Dated: December 1, 2008.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE