**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBEL8 INC.,                                        No. C 08-01303 WHA

        Plaintiff,

  v.                                              **SECOND ORDER**
                                                    **TO SHOW CAUSE**
M.O.B. INC., CHAD SCHOEMAN,

        Defendants.
_____/

      In response to an order to show cause in November 2008 why plaintiff has done nothing since filing a complaint in March 2008, plaintiff stated it would file a motion for default judgment by December 31, 2008, at 5:00 p.m.  That time has come and passed and no motion was filed.  The Court will dismiss this action for lack of prosecution unless plaintiff can explain by **NOON ON JANUARY 9, 2009**, why it has let another deadline passed

      **IT IS SO ORDERED.**

Dated:   January 5, 2009.

                      _____
                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE