IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL8 INC., <br><br> Plaintiff, <br><br> v. <br><br> M.O.B., INC., and CHAD SCHOEMAN, <br><br> Defendants. | No. C 08-01303 WHA <br><br> **FINAL NOTICE THAT ACTION WILL BE DISMISSED** |

Attorney Hashim's declaration has been reviewed. The Court is concerned that Attorney Hashim has been taking advantage of the patience of the Court to repeatedly miss deadlines. The Court will now allow one last extension. *Counsel is hereby notified that he must file his motion for default judgment by February 5, 2009, to be heard on February 19, 2009* (and serve a courtesy copy of the lawyer negotiating for defendant), or this action will be dismissed without further notice, unless by the same date (February 5) a stipulated judgment or dismissal is filed. It will not be sufficient to file a statement stating that there is hope yet for a settlement. The default judgment should be taken and counsel can always settle later on but this case should be brought to judgment.

**IT IS SO ORDERED.**

Dated: January 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE